Fourth Department. October, 1911.) Proceeding by the People of the State of New York against Millie J. Newcomb, as administratrix, etc., of Sarah A. Wiggins, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents upon the ground that the Court of Appeals having ordered a new trial against the substituted defendant, administratrix, and the plaintiff having proceeded without asking for a modification of the decision, and the defendant having succeeded on the trial, she is now entitled to costs under the decision of that court.

PEOPLE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Proceeding by the People of the State of New York against the New York Central & Hudson River Railroad Company. (No. 2.)

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 145 App. Div. 902, 129 N. Y. Supp. 1140; 131 N. Y. Supp. 1134.

McLENNAN, P. J., dissents, upon the ground that under the circumstances disclosed by the affidavits in this case the court had no power to compel the witnesses named to submit to an examination.

PEOPLE v. OAKFORD. SAME v. WEISS. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Proceedings by the People of the State of New York against William Oakford, and against Edwin A. Weiss. No opinions. Motions granted. Orders filed.

PEOPLE, Respondent, v. PECK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Proceeding by the People of the State of New York against Willard H. Peck. No opinion. Motion to amend decision (146 App. Div. 266, 130 N. Y. Supp. 967) denied.

PEOPLE v. RINKEL. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Proceeding by the People of the State of New York against Charles Rinkel. No opinion. Motion granted. Time extended to February 20th, on which date case must be on calendar for argument. Order filed. See, also, 132 N. Y. Supp. 1141.

PEOPLE, Appellant, v. RISING, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Proceeding by the People of the State of New York against Oscar E. Rising.

PER CURIAM. Judgment affirmed.

SPRING and KRUSE, JJ., dissent.

PEOPLE, Respondent, v. SCANNAVINO, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.)

Proceeding by the People of the State of New York against Domenico Scannavino. M. Greenberg, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. SHEFFIELD FARMS–SLAWSON–DECKER CO. et al. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Proceeding by the People of the State of New York against the Sheffield Farms-Slawson-Decker Company and others. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. SMITH. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York against Albert Smith. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. TANCREDI, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York against Ludovico Tancredi. A. J. Levy, for appellant. S. L. Richter, for respondent. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. VAN VALKENBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Proceeding by the People of the State of New York against Bert Van Valkenburg. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. BAVENDAM v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Proceeding by the People of the State of New York, on the relation of one Bavendam, against William F. Baker, as Police Commissioner of the city of New York.

PER CURIAM. Determination annulled, as contrary to the weight of evidence, and relator reinstated, with $50 costs and disbursements.

THOMAS and RICH, JJ., vote for confirmation.

PEOPLE ex rel. BONDWIN, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Proceeding by the People of the State of New York, on the relation of Yetta Bondwin, against Isaac Goldstein. S. Markewich, for appellant. T. Farley, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. BRITTON v. AMERICAN PRESS ASS'N. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New